IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

HERMAN SAUNDERS, #73747                                                     PETITIONER

VERSUS                                                  CIVIL ACTION NO. 2:06cv087KS-JMR

WALTER BOOKER AND JIM HOOD                                                  RESPONDENTS

## ORDER

Upon consideration of the petition filed pursuant to 28 U.S.C. § 2254 by the petitioner in the above entitled action, the court notes that the petitioner failed to file a completed application to proceed in forma pauperis or submit the $5.00 filing fee. Accordingly, it is hereby

ORDERED:

1. That on or before April 25, 2006, petitioner shall file a completed application for leave to proceed in forma pauperis (attached) OR pay the $5.00 filing fee.

2. **That petitioner be informed that his failure to timely comply with the requirements of this order may lead to the dismissal of his petition.**

3. The Clerk shall mail the attached in forma pauperis application to the petitioner at his last known address.

THIS, the 3rd day of April, 2006.

                                        s/ John M. Roper
                                        CHIEF MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

        Petitioner

v.        CIVIL ACTION NO. _____

        Respondent

**MOTION TO PROCEED *IN FORMA PAUPERIS***

I, _____, declare that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of said proceedings or give security therefor; that I believe I am entitled to the relief.

Signed: _____    Date: _____

**AFFIDAVIT IN SUPPORT OF MOTION**

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    \_\_\_\_ Yes    \_\_\_ No
   If "yes" state the place of your incarceration _____

2. Are you presently employed (at the institution or otherwise)?    \_\_\_\_ Yes    \_\_\_ No
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. _____
   _____

   b. If the answer is "no," state the date of the last employment and the amount of the salary and wages per month which you received._____
   _____

3. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?    \_\_\_\_ Yes    \_\_\_\_ No

    b. Rent payments, interest or dividends?                                              ____ Yes      ____ No
    c. Pensions, annuities or life insurance payments?                      ____ Yes      ____ No
    d. Gifts or inheritances?                                                                ____ Yes      ____ No
    e. Any other sources?                                                                     ____ Yes      ____ No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____
_____
_____.

4. Do you own cash, or do you have money in a checking or savings account?
____ Yes     ____ No (Include any funds in prison accounts.)
If the answer is "yes," state the total value of the items owned._____
_____
_____

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?     ____ Yes     ____ No
If the answer is "yes," describe the property and state its approximate value. _____
_____
_____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
_____
_____
_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____            _____
                       Date                                                                           Signature of Petitioner

## Certificate

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution:_____.


_____                                    _____
        Date                                                                           Authorized Officer of Institution